CLOSED

# U.S. District Court
# United States District Court for the Western District of Missouri (Kansas City)
# CIVIL DOCKET FOR CASE #: 4:08−cv−00118−DW

Burke v. Davol, Inc. et al
Assigned to: District Judge Dean Whipple
Demand: $75,000
Cause: 28:1332 Diversity−Product Liability

Date Filed: 02/20/2008
Date Terminated: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kathleen Burke** represented by

**Derek H. Potts**
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931−2230
Fax: (816) 931−7030
Email: dpotts@potts−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M. Kuntz**
Wagstaff &Cartmell, LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701−1100
Fax: (816) 531−2372
Email: jkuntz@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas P. Cartmell**
Wagstaff &Cartmell, LLp
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816)701−1100
Fax: (816)531−2372
Email: tcartmell@wcllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Joseph Preuss**
Wagstaff &Cartmell
4740 Grand Avenue
Suite 300
Kansas City, MO 64112
(816) 701−1168
Fax: (816) 531−2372
Email: tjpreuss@wcllp.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy L. Sifers**
The Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105
(816) 931−2230
Fax: (816) 931−7030
Email: tsifers@potts−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/20/2008 | " 1 | COMPLAINT against all defendants filed by Jeffrey M. Kuntz on behalf of Kathleen Burke. Filing fee $350, receipt number 08660000000001715581. Service due by 6/23/2008. (Attachments: # 1 Civil Cover Sheet)(Kuntz, Jeffrey) (Entered: 02/20/2008) |
| 02/20/2008 | " | ***Remark: Letter with copy of complaint and docket sheet mailed to Clerk of the MDL Panel regarding possible MDL 1842 case this date. (Rowland, Bonnie) Modified on 2/20/2008 to correct text (Rowland, Bonnie). (Entered: 02/20/2008) |
| 02/20/2008 | " | NOTICE OF MAGISTRATE ASSIGNMENT emailed to each of plaintiff's counsel. This is a docket entry only. No document is attached. Magistrate Return due by 3/14/2008 (Rowland, Bonnie) (Entered: 02/20/2008) |
| 02/27/2008 | " 2 | LETTER OF REASSIGNMENT from Magistrate Judge Sarah W. Hays to District Judge Dean Whipple. (Rowland, Bonnie) (Entered: 02/27/2008) |
| 03/25/2008 | " 3 | Rule 16 Notice − Joint proposed scheduling order due by 6/20/2008. Signed by District Judge Dean Whipple on 3/25/2008. (Johnson, Yvonne) (Entered: 03/26/2008) |
| 04/01/2008 | " 4 | MDL CONDITIONAL TRANSFER ORDER (CTO−16) from Jeffrey N. Luthi, Clerk of the panel transferring case to the District of Rhode Island. (Kee, Georgia) (Entered: 04/01/2008) |